UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA DAWN HAYWOOD, <br><br> Petitioner, <br><br> v. <br><br> SAN DIEGO COUNTY SHERIFF, et al., <br><br> Respondents. | Case No. 20-cv-03119 SVK (PR) <br><br> **ORDER OF TRANSFER** |

Petitioner, a state prisoner at Las Colinas Detention and Reentry Facility ("LCDRF"), which is located in San Diego, has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254. Petitioner challenges her state conviction from the Superior Court of San Diego County. Venue for a habeas action is proper in either the district of confinement or the district of conviction. *See* 28 U.S.C. § 2241(d). Here, the Southern District of California is the district of conviction and confinement, and the named respondents reside in the Southern District.

Accordingly, this case is **TRANSFERRED** to the United States District Court for the Southern District of California. *See* 28 U.S.C. § 84(d), 1391(b) and 1406(a). The Clerk shall terminate all pending motions and transfer the entire file to the Southern District of California.

**IT IS SO ORDERED.**

DATED: May 14, 2020

SUSAN VAN KEULEN
United States Magistrate Judge

Case No. 20-cv-03119 SVK (PR)
ORDER OF TRANSFER