UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA D. HAYWOOD,<br><br>                       Petitioner,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF,<br><br>                      Respondent. | Case No.: 20cv0906 LAB (WVG)<br><br>**ORDER:**<br><br>**(1) DIRECTING CLERK OF COURT TO OPEN A NEW CIVIL CASE PURSUANT TO 28 U.S.C. § 2241; and**<br><br>**(2) DIRECTING CLERK OF COURT TO FILE THE AMENDED PETITION IN THIS CASE [ECF No. 10] AS AN ORIGINAL PETITION IN THE NEW CIVIL CASE** |

On May 6, 2020, Petitioner, proceeding pro se, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a), in the United States District Court for the Northern District of California. (ECF No. 1). On May 14, 2020, the case was transferred to this Court. (ECF No. 4.)

On May 20, 2020, the Court denied Petitioner's motion to proceed in forma pauperis and dismissed the action without prejudice. (ECF No. 7.) Petitioner was told that to reopen her case she had to either pay the $5.00 filing fee or submit adequate proof of her inability to pay the fee no later than July 27, 2020. (*Id.*) Petitioner was also told that her claims

must be brought via 28 U.S.C. § 2241 and not 28 U.S.C. § 2254 because she is a pretrial detainee. (*Id.*) The Clerk of Court was directed to provide her with blank forms pursuant to 28 U.S.C. § 2254 and 28 U.S.C. § 2241. (*Id.*)

On June 11, 2020, Petitioner filed another motion to proceed in forma pauperis. (ECF No. 8.) The Court denied the motion because Petitioner did not provide the Court with a trust account certificate from the institution in which she is incarcerated, which is required for the Court to determine Petitioner's financial status in cases brought under 28 U.S.C. § 2254. (ECF No. 9.) Petitioner was reminded that in order to proceed with this case, she had to comply with the Court's May 20, 2020 Order. (*Id.*) On July 2, 2020, Petitioner filed an Amended Petition pursuant to 28 U.S.C. § 2241. (*See* ECF No. 10.) The Amended Petition erroneously displayed this case number and was thus filed in this case. This was an error. Accordingly, the Clerk of Court is **DIRECTED** to open a new civil case pursuant to 28 U.S.C. § 2241 and to file the Amended Petition in this case [ECF No. 10] as the original petition in that new civil case.

**IT IS SO ORDERED.**

Dated: August 24, 2020

Hon. Larry Alan Burns

Chief Judge, United States District Court